# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Leisha Berry Anglin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10821-DRH |
| *Bethaney Conklin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11785-DRH |
| *Freda Fuller, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10635-DRH |
| *Jessica Gentile v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10586-DRH |
| *Melissa C. Hazlett, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10706-DRH |
| *Jacqueline King v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11335-DRH |
| *Jennifer McLeod, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11786-DRH |
| *Sherrie Rasco, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12067-DRH |
| *Bethany Stamper v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13118-DRH |
| *Nicole Tesar, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11351-DRH |
| *Marlo K. Ward, et al. v. Bayer Corporation, et al.* | No. 10-cv-20045-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 22, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                    BY:   /s/*Caitlin Fischer*
                                        Deputy Clerk

**Dated:**  July 22, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.22
14:35:00 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**

2